

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JONATHAN WHEELER-WHICHARD,

      Plaintiff,

                                            **DECISION AND ORDER**
-v-                                                10-CV-0358S

W. JOHN MARK DOE, Nurse, WESLEY CANFIELD,
Doctor, WENDELYN RUIZ, P.A., EVANS, Doctor,
DR. RADOW RAO ,

      Defendants.

_____

On March 24, 2011, the Court requested the New York State Attorney General's Office to attempt to ascertain the full name of defendant Nurse Mark Doe, and an address at which he can be served. The Attorney General's Office has now identified this defendant as "Mark DeLauro" who can be served at the Southport Correctional Facility.

Accordingly, the Clerk of the Court is directed to amend the caption of this matter and replace defendant "W. Mark Doe, Nurse" with "Mark DeLauro," and to cause the United States Marshals Service to serve the Summons, Supplemental/Amended Complaint (Docket No. 13), and this Order on defendant Mark DeLauro at the Southport Correctional Facility forthwith. The time in which to serve said defendant is extended 90 days from date of entry of this Order. *See*

Fed.R.Civ.P. 4(m); *Murray v. Pataki*, 09-1657-pr, 2010 WL 2025613, at *2 (2d Cir. May 24, 2008) (Summary Order).

    IT IS SO ORDERED.

                                            _____
                                            HONORABLE RICHARD J. ARCARA
                                            DISTRICT JUDGE
                                            UNITED STATES DISTRICT COURT

Dated:     May 4, 2011