-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JONATHAN WHEELER-WHICHARD,

> Plaintiff,

> -v-                                                            10-CV-0358S(Sr)

MARK DELAURO, Nurse at Southport C.F.,
et al.,

> Defendants.

## DECISION AND ORDER

On December 13, 2012, plaintiff was directed to file one Amended Complaint "listing all claims for past events" no later than February 29, 2012, and defendants were directed to file their answer to the Amended Complaint no later than March 23, 2012. (Docket No. 43, Text Order.)  On March 2, 2012, the Clerk of the Court filed plaintiff's Amended Complaint with a number of exhibits under seal because the Amended Complaint and exhibits contained medical information of a confidential and personal nature. (Docket No. 45.)[1]  The Amended Complaint contains one "new" defendant that had not been named in the prior complaints–Debbie Graf, P.A. at Wyoming C.F.

Accordingly, the Clerk of the Court is directed to cause the United States Marshals Service to serve a copy of the Amended Complaint (Docket No. 45) upon

---

[1]Plaintiff filed a certificate of service of the Amended Complaint on counsel for defendants.

defendant Debbie Graf, P.A. at Wyoming C.F. without plaintiff's payment therefor, unpaid

fees to be recoverable if this action terminates by monetary award in plaintiff's favor.


Pursuant to 42 U.S.C. § 1997e(g)(2), the defendant is directed to answer the

Amended Complaint.  The deadline for all defendants to answer is extended 30 days from

service of the Amended Complaint upon Debbie Graf, P.A.


DATED:      Buffalo, New York
            March 13, 2012


_s/ H. Kenneth Schroeder, Jr._
H. KENNETH SCHROEDER, JR.
United States Magistrate Judge